UNITED STATES BANKRUPTCY COURT

MICHIGAN EASTERN DISTRICT
DETROIT

In re | Case No. 15-56367

PATRICIA ZIMMERMANN
Debtor(s).

Chapter 13

NOTICE OF SATISFACTION OF
PROOF OF CLAIM # 8

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 4/1/16 and assigned as Claim number 8 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 8 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: 7/17/2016

Respectfully submitted,
Buckley Madole, P.C.

_____
Natalie Ann Jones / Julian Cotton / Craig Edelman / Carlos Hernandez
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, National Association

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

   I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 18 day of July, 2016 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
PATRICIA ZIMMERMANN
11145 DIAMOND DR
STERLING HEIGHTS MI 48314

**Debtors' Attorney**
RYAN L. WESTBROOK
PO BOX 470 GREAT LAKES LEGAL TEAM, PLC 117 S. MAIN STREET
ALMONT MI 480030470

**Chapter 13 Trustee**
TAMMY L. TERRY
535 GRISWOLD ST STE 2100
DETROIT MI 482263681

/s/ Craig Edelman
Natalie Ann Jones / Julian Cotton / Craig Edelman / Carlos Hernandez